UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN LAMONT McCOY, | Case No. 3:20-cv-00017-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WILLIAMS A. GITRE, *et al.*, | |
| Respondents. | |

Pending before the Court is Petitioner's motion for leave to proceed *in forma pauperis*. (ECF No. 5.) Notwithstanding Petitioner's previous failure to file such a motion or pay the filing fee, the Court already screened his petition under Rule 4 of the Habeas Rules. The Court concluded it lacked jurisdiction to consider the petition. (ECF No. 3.)

It is therefore ordered that the motion for leave to proceed *in forma pauperis* (ECF No. 5) is denied as moot.

DATED THIS 21st Day of August 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE